SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**E-filed 4/19/07**

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>     Plaintiff,                    )<br>                                    )<br>     v.                            )<br>                                    )<br> SANDRA SAN ANTONIO,                )<br>                                    )<br>     Defendant.                     )<br>                                    )<br>_____) | No. 06-00787 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

    On April 17, 2007, the parties in this case appeared before the Court for an initial appearance. After the defendant was arraigned and entered a plea of not guilty, the parties jointly requested that the case be placed on Judge Fogel's calendar for May 2, 2007. Assistant United States Attorney Susan Knight then explained that the government needed to provide discovery to defense counsel and requested an exclusion of time under the Speedy Trial Act from April 17, 2007 to May 2, 2007. The defendant, through her counsel Daniel Barton, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

1  SO STIPULATED:                    SCOTT N. SCHOOLS
2                                    United States Attorney

3  DATED: 4/17/07                    _____/s/_____
4                                    SUSAN KNIGHT
                                     Assistant United States Attorney

5
6  DATED: 4/17/07                    _____/s/_____
                                     DANIEL L. BARTON
7                                    Counsel for Ms. San Antonio

8

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
10 under the Speedy Trial Act from April 17, 2007 to May 2, 2007.  The Court finds, based on the
11 aforementioned reasons, that the ends of justice served by granting the requested continuance
12 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
13 the requested continuance would deny defense counsel reasonable time necessary for effective
14 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
15 of justice.  The Court therefore concludes that this exclusion of time should be made under 18
16 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
17 SO ORDERED.

18
19 DATED: 4/19/07 nunc pro tunc to 4/17/07    _____
20                                    ~~RICHARD SEEBORG~~ JEREMY FOGEL
                                     United States ~~Magistrate Judge~~ District Court Judge

21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. 06-00787 JF                        2