**8/28/07

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone:  (408) 535-5056 |
| 7 | FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-00787 JF |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| SANDRA SAN ANTONIO, | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |

The undersigned parties respectfully request that the status hearing in the above-captioned case be continued from August 29, 2007 to October 3, 2007.  The parties have had preliminary negotiations regarding a disposition, and Daniel Barton, who represents the defendant, needs additional time to conduct an investigation.  In addition, the parties request an exclusion of time under the Speedy Trial Act from August 29, 2007 to October 3, 2007.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | SCOTT N. SCHOOLS |
| 2 | | United States Attorney |

3  DATED: 8/14/07                    _____/s/_____
4                                                   SUSAN KNIGHT
                                                    Assistant United States Attorney

5  DATED: 8/14/07                    _____/s/_____
6                                                   DANIEL L. BARTON
                                                    Counsel for Ms. San Antonio

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing is continued from August 29, 2007 to October 3, 2007.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 29, 2007 to October 3, 2007.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:___8/27/07__                    _____
                                                    JEREMY FOGEL
                                                    United States District Judge