*efiled 11/27/07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 06-00787 JF |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| SANDRA SAN ANTONIO, | ) |
| Defendant. | ) SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing in the above-captioned case be continued from November 28, 2007 to December 19, 2007.  The parties have reached a tentative plea agreement and need additional time to finalize it.

SO STIPULATED:     SCOTT N. SCHOOLS
                   United States Attorney

DATED: 11/21/07                    /s/
                   _____
                   SUSAN KNIGHT
                   Assistant United States Attorney

DATED: 11/21/07                    /s/
                   _____
                   DANIEL L. BARTON
                   Counsel for Ms. San Antonio

STIPULATION AND [PROPOSED] ORDER
No. 06-00787 JF                    1

1  ORDER

2      Accordingly, for good cause shown, the Court HEREBY ORDERS that a change of plea
3  hearing is continued from November 28, 2007 to December 19, 2007 at 9:00 a.m.
4  SO ORDERED.

6  DATED:11/27/07

                          JEREMY FOGEL
                          United States District Judge